IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTH WIND CONSTRUCTION SERVICES, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CAMPOS EPC, LLC, a Colorado limited liability company,<br><br>    Defendant. | Case No. 4:21-cv-00096-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal filed by the parties (Dkt. 114), IT IS HEREBY ORDERED that:

1. This action, and all claims therein, are DISMISSED WITH PREJUDICE.

2. This case is CLOSED.

DATED: November 2, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1